# UNITED STATES DISTRICT COURT

### for the

### District of South Carolina

| | | |
|---|---|---|
| James Davis | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    4:18-cv-129-RBH |
| Carol Gause and John Gause | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:    September 18, 2018                          *CLERK OF COURT*

                                                     s/Debbie Stokes
                                          _____
                                                *Signature of Clerk or Deputy Clerk*